NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**CHRISTOPHER MEYERS, KATHERINE MEYERS, SARA MEYERS STARWALT, AND TARA MEYERS CASLEBERRY, (DOING BUSINESS AS MEYERS RANCHES),**
*Plaintiffs-Appellants,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

_____

2011-5056

_____

Appeal from the United States Court of Federal Claims in case no. 09-CV-538, Judge Lynn J. Bush.

_____

**ON MOTION**

_____

**ORDER**

Upon consideration of the appellants' motion to voluntarily dismiss their appeal,

IT IS ORDERED THAT:

(1) The motion is granted.  The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

**MAY 0 9 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Alan I. Saltman, Esq.
     Kenneth D. Woodrow, Esq.

s21

Issued As A Mandate:  **MAY 0 9 2011**

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 0 9 2011

JAN HORBALY
CLERK